

# Fourth Court of Appeals
## San Antonio, Texas

June 20, 2013

No. 04-13-00192-CV and 04-13-00193-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF S.S.,**
**A MENTALLY ILL PERSON,**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2013-MH-0659 and 2013-MH-0591
Honorable Polly Jackson Spencer, Judge Presiding

## O R D E R

Appellant's brief was originally due on April 24, 2013. On May 15, 2013, this court ordered appellant to file appellant's brief no later than May 24, 2013. Our order cautioned appellant that if appellant failed to file the brief by this date, this appeal would be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a). Appellant is represented on appeal by Mr. Michael Raign. On May 17, 2013, Mr. Raign requested an extension of time until June 8, 2013 in which to file the brief. We granted the request. However, neither the brief nor a second motion for extension of time has been filed.

Mr. Raign is hereby ORDERED to file appellant's brief <u>no later than July 8, 2013.</u> No further extensions of time will be considered.

The Clerk of this court shall cause a copy of this order to be served on Mr. Raign by certified mail, return receipt requested, and by regular United States mail.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of June, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court